IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHUNSHENG LIU and<br>HAOYU WANG, | )<br>)<br>) | |
| Plaintiffs, | ) | 8:06cv708 |
| vs. | )<br>)<br>) | ORDER |
| GERARD HEINAUER, et al., | )<br>) | |
| Defendants. | ) | |

The court notes for the record that the plaintiffs, Chunsheng Liu and Haoyu Wang, have filed a notice of case dismissal pursuant to Fed. R. Civ. P. 41(a)(1) (filing no. 13). Because filing no. 13 has been filed before service of an answer or motion for summary judgment by any defendant, this case is now voluntarily dismissed at the plaintiffs' request, and the case is automatically terminated, without prejudice, by operation of Fed. R. Civ. P. 41(a)(1)(i).  The Clerk of Court shall close the file.

SO ORDERED.

DATED this 16th day of January, 2007.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge